*Leonard B. Smith* and *Orwill V. W. Hawkins* for motion. No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

LERAND CORPORATION, Respondent, *v.* SAMUEL MELTZER, Appellant.

(Submitted June 3, 1935; decided June 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 343.)

THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellant, *v.* BARNET HIRSCH, Respondent.

(Submitted June 3, 1935; decided June 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 605.)

WILLIAM H. LOCKWOOD, Respondent, *v.* HENRY HUGHES, Doing Business under the Name of HENRY HUGHES Co., Appellant.

(Submitted June 3, 1935; decided June 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 628.)